

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2020

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.,**
Appellant

v.

**ROAD REPAIR, LLC,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellee's Third Motion for Extension of Time to File Appellee's Brief is hereby GRANTED. Appellee's Brief is due on September 8, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court